19 F.3d 1428
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
William A. BURCHETT, Plaintiff and Appellant,
v.
COMMISSIONER OF THE INTERNAL REVENUE SERVICE, Defendant and Appellee.
 No. 93-2000.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 26, 1993.
Decided March 17, 1994.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-93-118)
 William A. Burchett, appellant pro se.
 E.D.Va.
 DISMISSED.
 Before WIDENER, WILKINSON and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order dismissing his Bivens[1] complaint. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir.1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal.[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 [1]
 Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971)
 
 
 [2]
 We deny Appellant's Motions for Default filed on Oct. 27, 1993 and Jan. 5, 1994